# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139100

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

KAREN SIMPSON,
        Plaintiff-Appellee,

v

PINES HEALTH CARE CENTER, LEGION
INSURANCE COMPANY, and MICHIGAN
PROPERTY AND CASUALTY GUARANTY
ASSOCIATION,
        Defendants-Appellants.

SC: 139100
COA: 290233
WCAC: 08-000089

_____/

      On order of the Court, the application for leave to appeal the May 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk